FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC.,<br><br>Defendant. | No. 1:20-CV-03137-SAB<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DISMISSING MOTIONS AS MOOT** |

    Before the Court is Defendant's Stipulated Motion for Extension of Time to File Responsive Pleading, ECF No. 11. The motion was considered without oral argument. In response to Defendant's Motion to Dismiss, ECF No. 8, Plaintiff filed his First Amended Complaint on November 11, 2020. Defendant's current deadline to respond to the First Amended Complaint is November 25, 2020. Due to the Thanksgiving holiday, the parties conferred and agreed to extend Defendants' time to respond. The Court finds good cause to grant the motion.

    In addition, the Court notes that the filing of Plaintiff's First Amended Complaint supersedes the original complaint in its entirety and moots Defendant's Motion to Dismiss and Motion to Change Venue. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (citing *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled on other grounds by Lacey v.*

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DISMISSING MOTIONS AS MOOT \* 1**

Case 1:20-cv-03137-SAB    ECF No. 12    filed 11/19/20    PageID.171    Page 2 of 2

*Maricopa Cty.*, 693 F.3d 896, 928 (9th Cir. 2012)). Thus, those motion are denied without prejudice.

Accordingly, **IT IS ORDERED:**

1. Defendant's Stipulated Motion for Extension of Time to File Responsive Pleading, ECF No. 11, is **GRANTED**.

2. Defendant shall file a responsive pleading no later than **December 4, 2020**.

3. Defendant's Motion to Change Venue, ECF No. 7, is **DENIED without prejudice** as **moot**.

4. Defendant's Motion to Dismiss, ECF No. 8, is **DENIED without prejudice** as **moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 19th day of November 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DISMISSING MOTIONS AS MOOT * 2**