FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SANDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN EXPRESS, INC.,<br><br>　　　　Defendant. | No. 1:20-CV-03137-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

　　　Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 58. The parties indicate that this matter has been resolved and move the Court to dismiss the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby accepts the stipulation and dismisses the action.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　　The parties' Stipulated Motion to Dismiss, ECF No. 58, is **GRANTED**.

　　　2.　　Plaintiff's Motion for FLSA Conditional Certification, ECF No. 36, is **DISMISSED as moot**.

　　　3.　　Plaintiff's Motion for Rule 23 Class Certification, ECF No. 37, is **DISMISSED as moot**.

　　　4.　　All individual claims asserted by Plaintiff against Defendant in this action are **DISMISSED with prejudice**.

**ORDER GRANTING STIPULATED MOTION TO DISMISS** *1

5. All claims of putative class members are **DISMISSED without prejudice**.

6. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 12th day of August 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS *2**